UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOHN DOE

VERSUS

BOBBY JINDAL,
ET AL

CIVIL ACTION

NO. 11-554-BAJ-SCR

## PROTECTIVE ORDER

By stipulation and agreement of the parties, and for good cause shown, **IT IS HEREBY ORDERED**:

1. Plaintiffs may proceed under the pseudonyms, John Doe and James Doe.

2. All exhibits, memoranda, affidavits and other papers filed with the Court in connection with this action shall be written or redacted so as to exclude plaintiffs' true names and identities and to refer to plaintiffs by their pseudonyms.

3. Counsel for plaintiffs shall provide the true names of each named plaintiff to defendants' counsel immediately upon entry of this Order. Defendants' counsel may in turn provide the true names of each named plaintiff to defendants and to others:
   (a) If and to the extent knowledge of such true names is necessary to defend this action; and
   (b) Provided any intended recipient of the true names has first agreed in writing to be bound by this Order.

   Except as set forth in this paragraph, neither defendants' counsel, defendants, defendants' agents, defendants' employees, defendants' assigns, nor any other recipients of the true names, shall further disclose those true names to anyone, including, without limitation to the public, to law enforcement or the media.

4. Defendants' counsel, defendants, defendants' agents, defendants' employees, defendants' assigns, and all other recipients of the true names shall use those names for purposes of this litigation only.

1

They shall not use the true names or identities of the plaintiffs for any other purpose.

5. The provisions of this Order shall survive the termination of this litigation.

I consent to the entry of this order:

| Counsel for Defendants: | Counsel for Plaintiffs: |
|---|---|
| /s/ S. Kyle Duncan<br>S. Kyle Duncan | /s/ Justin Harrison<br>Justin P. Harrison |
| /s/ Elizabeth B. Murrill<br>Elizabeth Baker Murrill | /s/ Ron Wilson<br>Ronald L. Wilson |

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, October 13, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA