UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOHN DOE

VERSUS

BOBBY JINDAL, Governor of Louisiana,
in his official and individual capacities, and
JAMES D. CALDWELL, Attorney General of
Louisiana in his official and individual capacities

CIVIL ACTION

NO. 11-554-BAJ-SCR

## JUDGMENT

Considering the Court's October 18, 2011 Order, dismissing defendant, Bobby Jindal, Governor of Louisiana, and all claims asserted in this matter for actual or compensatory damages (doc. 43), and the Court's February 28, 2012 Order, dismissing defendant, James M. Leblanc, Secretary of the Louisiana Department of Public Safety and Corrections (doc. 52), and for the written reasons assigned and filed herein on February 16, 2012 (doc. 50):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that LSA—R.S. 14:91.5, also known as the Unlawful Use or Access of Social Media Law, is declared unconstitutionally vague and overbroad.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that defendants, James D. Caldwell, Attorney General of Louisiana; Hillar C. Moore, III, District Attorney for East Baton Rouge Parish; John Phillip Haney, District Attorney for Iberia, St. Martin, and St. Mary Parishes; and defendants' officers, agents, servants, employees, attorneys, and other persons who are in active

concert or participation with the above are permanently enjoined from, directly or indirectly, enforcing LSA—R.S. 14:91.5.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that plaintiffs, James Doe, and John Doe, are the prevailing parties, and that defendants shall pay to plaintiffs reasonable attorneys' fees in an amount to be determined by the Court, upon plaintiffs' motion for same. Pursuant to Federal Rule of Civil Procedure 54(d)(2), plaintiffs may file such motion no later than fourteen (14) days from the entry of this judgment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that plaintiffs are awarded costs as provided by law.

Baton Rouge, Louisiana, March 2, 2012.

```
                                    /s/ Brian A. Jackson
                                    _____
                                    BRIAN A. JACKSON
                                    UNITED STATES DISTRICT JUDGE
                                    MIDDLE DISTRICT OF LOUISIANA
```